IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Paul Julius Fletcher, | ) | C/A No.: 1:11-1334-JFA-SVH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| John R. Owen, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    This is an action seeking habeas corpus relief under 28 U.S.C. § 2241.  By order dated July 1, 2011, Petitioner was given a specific time frame in which to bring this case into proper form.  Petitioner has complied with the court's order, and this case is now in proper form.

    Petitioner has requested to proceed without prepaying the filing fee by filing an Application to Proceed without Prepayment of Fees and Affidavit (Form AO-240), which is construed as a Motion to Proceed *in forma pauperis*.  Based on a review of the Motion, Petitioner's request to proceed *in forma pauperis* [Entry #13] is **granted**.

**TO THE CLERK OF COURT:**

    The Clerk of Court shall not serve the § 2241 Petition upon Respondent because the Petition is subject to dismissal.

    The Clerk of Court is directed to **moot** Petitioner's previous, unsigned motion to proceed *in forma pauperis* [Entry #2].

    IT IS SO ORDERED.

*Shiva V. Hodges*

September 8, 2011                              Shiva V. Hodges
Florence, South Carolina              United States Magistrate Judge